**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

MONDO INTERNATIONAL, LLC,
Plaintiff,

-against-

ARTHUR T. TAYLOR IV,
Defendants.

-----------------------------------------------------------------------X

**26 Civ. 3412 (JHR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On July 7, 2026, the Honorable Jennifer H. Rearden referred this action to the undersigned for general pretrial supervision. (Dkt. No. 10). Judge Rearden, upon Defendant's request (Dkt. No. 8), previously extended Defendant's deadline to move, answer, or otherwise respond to Plaintiff's complaint to June 26, 2026. (Dkt. No. 9). As far as this Court is aware, Defendant has made no such filing as of this date. Accordingly, and in light of Defendant's *pro se* status, the Court *sua sponte* extends his deadline to move, answer, or otherwise respond to Plaintiff's complaint to Friday, July 31, 2026. Defendant is explicitly warned that a failure to respond in this action may result in an entry of default judgment entered against him.

**SO ORDERED.**

DATED: New York, New York
July 9, 2026

The Honorable Gary Stein
United States Magistrate Judge